UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARBARA B. BAINES,

      Plaintiff,

 v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

Case No. 11-5225 RBL-KLS

REPORT AND RECOMMENDATION

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion for remand. (ECF #19). After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

This Court recommends that on remand the Commissioner's final decision of the above-captioned case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g), for a finding of disability based on the claimant's amended onset date of September 1, 2006.

REPORT AND RECOMMENDATION - 1

| | |
|---|---|
| 1 | Given the fact of the parties' stipulation, the Court recommends that the District Judge |
| 2 | immediately approve this Report and Recommendation and order the case **REVERSED** and |
| 3 | **REMANDED.**  A proposed order accompanies this Report and Recommendation. |
| 4 | DATED this 26th day of October, 2011. |

*[signature]*

Karen L. Strombom
United States Magistrate Judge