# United States District Court

## WESTERN DISTRICT OF WASHINGTON

BARBARA B. BAINES

v.

MICHAEL J. ASTRUE, Commissioner
     of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5225RBL/KLS

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court ADOPTS the Report and Recommendation; and

The Court REVERSES and REMANDS for further administrative.

   October 31, 2011   
Date

     WILLIAM M. McCOOL     
Clerk

     *s/CM Gonzalez*     
Deputy Clerk