U.S. DISTRICT JUDGE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| BARBARA B. BAINES,  )<br> )<br>    Plaintiff,  )<br> )<br>v.  )<br> )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of Social Security,  )<br> )<br>    Defendant.  ) | No. 3:11-cv-05225-RBL<br><br>ORDER |

The Court has considered plaintiff's counsel's motion for authorization to charge an attorney fee pursuant to 42 U.S.C. §406(b).  The Court grants plaintiff's counsel's motion and authorizes an attorney fee of $10,457.25 in accordance with 42 U.S.C. §406(b).  Plaintiff's Counsel, Mr. Friedman, is directed to pay Plaintiff the amount of $3,892.92, the attorney's fees the Defendant paid him under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Dated: September 7, 2012.

_____
Ronald B. Leighton
United States District Judge

Order - 1

ROBERT A. FRIEDMAN & ASSOCIATES, P.S.
3410 Broadway
Everett, Washington 98201
(425) 252-5551
FAX (425) 259-7111